[Criminal No. 274.   Filed March 20, 1909.]

[100 Pac. 464.]

PINKIE DEAN, Defendant and Appellant, v. TERRITORY OF ARIZONA, Respondent.

1. CRIMINAL LAW—VERDICT—CONCLUSIVENESS.—A verdict on conflicting evidence rendered on proper instructions will not be disturbed on appeal.

APPEAL from a judgment of the District Court of the First Judicial District, in and for the County of Yuma. John H. Campbell, Judge.   Affirmed.

Henry Wupperman, and Thomas D. Malloy, for Appellant.

E. S. Clark, Attorney General, for the Territory.

PER CURIAM.—The appellant was indicted for the crime of an assault with the intent to commit murder, and was convicted of an assault with a deadly weapon. From the judgment of conviction and the denial of a motion for a new trial, she has appealed.

. The prosecuting witness was severely cut and wounded with a knife by the appellant. The assault was admitted by the appellant, who testified that it was done in self-defense. The only error assigned is that the evidence failed to establish any crime committed by the appellant. The jury were carefully instructed by the court upon the law of self-defense, and the appellant's rights in that regard fully protected by the court. That the jury disbelieved the evidence of the appellant is evident from their verdict, and, as there is sufficient evidence in the record to sustain the conviction, we do not feel at liberty to set aside the verdict.

The judgment of the district court is affirmed.